# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD KNIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>T. ETHRIDGE, et. al.,<br><br>    Defendant.<br>_____/ | CASE NO. 01 6505 OWW SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 82.) |

Ronald Edward Knight ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 31, 2005, Defendants filed a Motion for Summary Judgment. To date, Plaintiff has not filed an Opposition to the Motion or a Statement of Non-opposition, as is required by the Local Rules. Local Rule 78-230(m).

Accordingly, within **THIRTY (30) days** from the date of service of this Order, Plaintiff shall file an Opposition or a Statement of Non-opposition to the Motion for Summary Judgment. **Plaintiff is forewarned that his failure to file an Opposition or Statement of Non-opposition in compliance with this order will result in a Recommendation that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

**Dated:    October 11, 2005**                     **/s/ Sandra M. Snyder**
icido3                                                   UNITED STATES MAGISTRATE JUDGE