1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   RONALD EDWARD KNIGHT,              1:01-cv-06505-OWW-SMS-P

11              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATION** (Doc. 89)
12   vs.
                                  **ORDER DISMISSING ACTION**
13   ETHRIDGE, et al.,
                                  **ORDER DENYING MOTION FOR**
14              Defendants.       **SUMMARY JUDGMENT AS MOOT**
     _____/ (Doc. 82)
15

16        Plaintiff, Ronald Edward Knight ("plaintiff"), is a state

17   prisoner proceeding pro se and in forma pauperis in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  The matter was

19   referred to a United States Magistrate Judge pursuant to 28

20   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21        On January 10, 2006, the Magistrate Judge filed Findings and

22   Recommendation herein which were served on the parties and which

23   contained notice to the parties that any objections to the

24   Findings and Recommendation were to be filed within fifteen (15)

25   days.  To date, the parties have not filed objections thereto.[1]

26

27
         [1] The United States Postal Service returned the order served on plaintiff on January 27, 2006, as
28   undeliverable.  However, plaintiff has not notified the court of any change in his address.  Absent such notice,
     service at a party's prior address is fully effective.  See Local Rule 83-182(f).

                                        1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 <u>de novo</u> review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendation to

5 be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed January 10,

8 2006, are ADOPTED in full;

9    2.   This action filed pursuant to 42 U.S.C. § 1983 is

10 DISMISSED for plaintiff's failure to comply with a Court Order;

11 and,

12    3.   Defendant's pending motion for summary judgment, filed

13 May 31, 2005, is DENIED as MOOT.

14 IT IS SO ORDERED.

15 **Dated:   February 16, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28